**No. P68/440.**—Heads and Threads, Division of MSL Industries, Inc. *v.* United States, protests 64/15492, etc. (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bolts similar in all material respects to those the subject of *Heads and Threads, Division of MSL Industries, Inc.* v. *United States* (60 Cust. Ct. 308, C.D. 3374), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 21, 1968

**No. P68/441.**—Herbert A. H. Behrens, Inc., et al. *v.* United States, protests 317496–K, etc. (New York).
**No. P68/442.**—Gallagher & Ascher Co. *v.* United States, protest 61/6186–12080 (Chicago).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 21, 1968

**No. P68/443.**—United China & Glass Co. *v.* United States, protest 316237–K/15026 (New Orleans).
**No. P68/444.**—National Silver Company *v.* United States, protest 59/9245 (Los Angeles).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.